UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARION CHRISTOPHER McINTOSH,

Defendant.

**INDICTMENT**

______________________________/

The Grand Jury charges:

**COUNT 1**
(Possession with Intent to Distribute Cocaine)

On or about August 28, 2026, in Kent County, in the Southern Division of the Western District of Michigan,

DARION CHRISTOPHER McINTOSH

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 2**

(Felon in Possession of a Firearm)

On or about August 28, 2026, in Kent County, in the Southern Division of the Western District of Michigan,

DARION CHRISTOPHER McINTOSH,

knowing that he had previously been convicted of one or more offenses punishable by a term of imprisonment exceeding one year, knowingly possessed a loaded Glock Model 43 9mm pistol that was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

ALEXIS M. SANFORD
Assistant United States Attorney